■ CIRINO CAIOLA, as Assignee of RUTH S. MORENA and Another, Appellant, v ALLCITY INSURANCE COMPANY, Respondent. [715 NYS2d 876] —In an action to recover damages for breach of contract, the plaintiff appeals from an order of the Supreme Court, Westchester County (DiBlasi, J.), entered September 14, 1999, which imposed a sanction on his attorney.

Ordered that the appeal is dismissed, with costs.

The plaintiff is not an aggrieved party within the meaning of CPLR 5511 (see, Scopelliti v Town of New Castle, 92 NY2d 944). Altman, J. P., Friedmann, Krausman and Smith, JJ., concur.